UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORDEL PARSACA,

    Plaintiff,

CASE NO. 1:22-cv-95

v.

HON. ROBERT J. JONKER

EQUIFAX INFORMATION
SERVICES, LLC, et al.,

    Defendants.
_____/

## ORDER

The motion for extension to file dismissal papers (ECF No. 16) is **DENIED**. Plaintiff and Defendant Equifax settled and memorialized their settlement on March 21, 2022. Evidently, money has not changed hands, but the Court is not going to leave inactive and resolved cases open just to serve as a collection mechanism. If the parties want the Court to be available to enforce a settlement agreement, they can incorporate that into their closing papers. The Court extends the closing papers deadline to **May 20, 2022**. After that, the Court may dismiss this case as to Defendant Equifax for lack of progress.

Dated:   May 6, 2022               /s/ Robert J. Jonker
                                                      ROBERT J. JONKER
                                                      CHIEF UNITED STATES DISTRICT JUDGE